1  NEIL LEONARD, Esq.
   State Bar 69117
2  713 9th Street, #C
   Sacramento, CA  95814
3  Telephone: (916) 443-8111
   Fax: (916) 443-8113
4
5  Attorney for Plaintiff

6
7                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**
9

10  MIHAITA CONSTANTIN,                    NO. CIV-S-04-1247  WBS PAN

11
              Plaintiff,                   **PETITION FOR SUBSTITUTION**
12                                         **OF COUNSEL**

13         vs.

14  COUNTY OF SACRAMENTO;
    SACRAMENTO COUNTY SHERIFF'S
15  DEPARTMENT; SHERIFF LOU
    BLANAS individually and in official
16  capacity as Sheriff of the Sacramento
    County Sheriff's Department; DEPUTY
17  C. MASON, DEPUTY PARKER,
    DEPUTY MORCK, DEPUTY PAI,
18  DEPUTY DE LA CRUS, DOES I
    through XXX, inclusive,
19
20
              Defendants.
21
22         TO ALL THE ABOVE CAPTIONED DEFENDANTS AND TO THE
23  ABOVE-ENTITLED COURT:
24
           Currently NEIL LEONARD and Dean Johansson are the attorneys of record in
25
26  the above-entitled matter. The undersigned petition this court to substitute GARY

27  GORSKI (State Bar 166526), attorney at law, for DEAN ROBERT JOHANSSON, as

28  attorneys of record.

                                      - 1 -

1  I, MIHAITA CONSTANTIN, plaintiff in the above-entitled petition, hereby petition the court to, consent to, and agree to substitute GARY GORSKI (State Bar 166526), attorney at law, for DEAN ROBERT JOHANSSON, attorney at law, as attorneys of record.  This consent is intended to satisfy any and all requirements of L.R. 83-182(d).

Dated: 04-11-05                                              /s/
                                                             _____
                                                             MIHAITA CONSTANTIN, Plaintiff

We the undersigned agree to and hereby substitute, GARY GORSKI (State Bar 166526), attorney at law, for DEAN ROBERT JOHANSSON, as attorneys of record.  It is our belief that this change will in no way harm the rights of the plaintiff in this matter.

Dated: 4/11/05                                               /s/
                                                             _____
                                                             NEIL LEONARD, Esq.

Dated: 4/11/05                                               /s/
                                                             _____
                                                             DEAN ROBERT JOHANSSON, Esq.

Dated: 4/18/05                                               /s/
                                                             _____
                                                             GARY GORSKI, Esq.
                                                             State Bar #166526
                                                             8549 Nephi Way
                                                             Fair Oaks, CA  95628-6223
                                                             (916) 965-6800 Phone
                                                             (916) 965-6801 Fax
                                                             usrugby@pacbell.net

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHAITA CONSTANTIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS individually and in official capacity as Sheriff of the Sacramento County Sheriff's Department; DEPUTY C. MASON, DEPUTY PARKER, DEPUTY MORCK, DEPUTY PAI, DEPUTY DE LA CRUS, DOES I through XXX, inclusive,<br><br>  Defendants. | NO. CIV-S-04-1247  WBS PAN<br><br>**ORDER** |

TO THE ABOVE CAPTIONED PLAINTIFF AND ALL THE ABOVE CAPTIONED DEFENDANTS:

It is so ordered that attorney GARY GORSKI (State Bar #166526) be substituted for attorney DEAN R. JOHANSSON (State Bar #176301), as an attorney of record.

DATED:  April 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE