RANDOLPH, CREGGER & CHALFANT, LLP
Adrian L. Randolph, State Bar No. 133577
Robert L. Chalfant, State Bar No. 203051
Demond L. Philson, State Bar No. 220220
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT;
SHERIFF LOU BLANAS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department;
DEPUTY C. MASON; DEPUTY PARKER; DEPUTY MORCK;
DEPUTY PAI; DEPUTY DE LA CRUZ, erroneously named as DEPUTY DE LA CRUS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIHAITA CONSTANTIN,

Plaintiff,

vs.

COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS, individually and in official capacity as Sheriff of the Sacramento County Sheriff's Department; DEPUTY C. MASON; DEPUTY PARKER; DEPUTY MORCK; DEPUTY PAI; DEPUTY DE LA CRUS; DOES I through XXX, inclusive,

Defendants.
_______________________________________/

No. CIV S-04-1247 WBS PAN

**[ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**

Defendants' ex parte application for an order to modify Scheduling Order having been submitted and good cause having been shown, Defendants' motion is hereby GRANTED.

///

///

///

The Scheduling Order shall be modified to extend the law and motion filing deadline to 2/28/06. .

///

IT IS SO ORDERED.

Dated: November 9, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Randolph Cregger & Chalfant

- 2-

[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

**PROOF OF SERVICE**

**CASE:** Mihaita Constantin v. County of Sacramento, et al.

**NO:** U. S. District Court, Eastern District of California, No. CIV S-04-1247 WBS PAN

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** on all parties in said action as addressed below by causing a true copy thereof to be:

xx **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

___ **delivered by hand**:

xx **telecopied by facsimile**:

___ **express mailed**:

Plaintiff

Neil Leonard, Esq.
713 9th Street, #C
Sacramento, CA 95814
(916) 443-8111
(916) 443-8113 Facsimile

Gary Gorski, Esq.
8549 Nephi Way
Fair Oaks, CA 95628-6223
(916) 965-6800
(916) 965-6801 Facsimile
usrubgy@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this November 9, 2005 at Sacramento, California.

/s/ Beverly J. Murch
Beverly J. Murch

Randolph Cregger & Chalfant