1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT
8                      EASTERN DISTRICT OF CALIFORNIA
9                              ----oo0oo----
10  MIHAITA CONSTANTIN,
                                          CASE NO. CIV. S-04-1247 WBS PAN
11           Plaintiff,

12       v.                               ORDER

13  COUNTY OF SACRAMENTO;
14  SACRAMENTO COUNTY SHERIFF'S
    DEPARTMENT; SHERIFF LOU
15  BLANAS, individually and in
    official capacity as Sheriff
16  of the Sacramento County
    Sheriff's Department; DEPUTY
17  C. MASON; DEPUTY PARKER;
    DEPUTY MORCK; DEPUTY PAI;
18  DEPUTY DE LA CRUS; DOES I
    through XXX, inclusive,
19
             Defendants.
20
                               ----oo0oo----
21

22                             STATUS ORDER

23           After reviewing the parties' separate status
24  statements, the court makes the following orders:
25           I.    FURTHER STATUS CONFERENCE
26           A further status conference is scheduled for April 10,
27  2006 at 9:00 a.m.  At that time, the court will consider a new
28  scheduling order.

                                    1

II. <u>FINAL PRETRIAL CONFERENCE</u>

Plaintiff's counsel has requested additional time to prepare his pretrial statement, which was due on December 30, 2005, ten court days before the scheduled pretrial conference. L.R. 16-281 (E.D. Cal. 1997). In support of this request, plaintiff's counsel notes that the plaintiff in this action died on May 14, 2005 and counsel has not yet been retained by plaintiff's estate to pursue the decedent's claim. Complicating matters further, plaintiff's wife, Gabriela Constantin, resides in Romania and communication with her, which requires the use of an interpreter, has been "non-existent." Lucian Stanciu, who has power of attorney over investigations concerning plaintiff's death, has filed a petition for status as Special Administrator of the estate. However, plaintiff's counsel has not yet received an order of appointment establishing the estate's representative.

In light of these circumstances, the court hereby vacates the Pretrial Conference scheduled for January 17, 2006. A new date will be assigned at the April 10, 2006 status conference.

III. <u>TRIAL SETTING</u>

The court also hereby vacates the Trial scheduled for March 14, 2006 for the same reasons explained above. A new date will be assigned at the April 10, 2006 status conference.

DATED: January 13, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2